**STATE of Missouri, Respondent,**

v.

**Frank GRAVES, Appellant.**

**No. ED 77097.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 21, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 17, 2001.

Application for Transfer Denied
Feb. 13, 2001.

Mary S. Choi, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, Jr., and JAMES R. DOWD, JJ.

## ORDER

PER CURIAM.

Defendant, Frank Graves, appeals from the judgment entered after a jury found him guilty of assault in the first degree and felonious restraint. No jurisprudential purpose would be served by a written opinion.

The judgment is affirmed pursuant to Rule 30.25(b).